CRAMTON *v.* SECRETARY OF STATE.

GUSTIN *v.* SAME.

ELECTIONS — PRIMARIES — SUBMISSION OF QUESTION — PETITIONS —
TIME TO FILE.

    Section 2 of chapter 3 of the primary election law of 1905 (Act
    'No. 181), providing that petitions for the submission of the
    question shall be filed at least 30 days before the second Tues-
    day in June, is mandatory, and the secretary of State prop-
    erly refuses to consider petitions not filed in time under such
    section.

Separate petitions for mandamus by Louis C. Cramton and Henry K. Gustin to compel George A. Prescott, secretary of State, to submit the question of direct nominations by political parties. Submitted May 24, 1906. (Calendar Nos. 21,743 and 21,747.) Writs denied May 24, 1906.

*W. E. Brown* and *H. K. Gustin,* for relators.

*John E. Bird,* Attorney General, and *Henry E. Chase,* Deputy Attorney General (*Thomas Ambrose Lawler* and *J. Shurly Kennary,* of counsel), for respondent.

PER CURIAM. The writs of mandamus in these two cases are denied, for the reason that petitions containing the requisite number of names were not presented to the secretary of State within the time prescribed by Act No. 181, Pub. Acts 1905. The language of the statute (section 2, chap. 3, of the act) is:

"The petition *, * * shall be delivered to said city clerk, county clerk or secretary of State at least 30 days before the second Tuesday of June."

This provision of the statute is mandatory. These petitions were not presented within the time, and therefore the respondent properly refused to consider them.